

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 2-11-08 |

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

# MEMO ENDORSED



February 7, 2008

RECEIVED
FEB 11 2008
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

By Hand

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

    Re:  Carlton Wood, Jr. v. Astrue
         07 06 Civ. 8271(PKC)

Dear Judge Castel:

    This Office represents the Commissioner of Social Security, defendant in this action. We write respectfully to request an extension of the Court's scheduling order and of defendant's time to answer or move with respect to the complaint.

    After one adjournment was granted because this Office had not received the administrative record, the answer is now due on February 8, 2008. This Office has only recently received the administrative record and has not completed its review of the matter. With the of the plaintiff pro se, we respectfully request that the Court's schedule for this case be amended as follows:

1) Defendant shall file the agency's record, and answer by March 10, 2008.

2) Defendant shall serve a motion for judgment on the pleadings by March 21, 2008.

3) Plaintiff may respond to defendant's motion by April 21, 2008;

4) Defendant shall file a reply, if any, by May 5, 2008.

Schedule adopted
SO ORDERED
[signature] USDJ
2-11-08

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JOHN E. GURA, JR.
Assistant United States Attorney
Telephone: (212) 637-2712
Fax: (212) 637-2750

cc: Carlton Wood, Jr.
    (By Mail)

2